THE WILLIAMSBURGH CITY FIRE INSURANCE COMPANY, Respondent, *v.* CENTRAL NEW ENGLAND RAILWAY COMPANY, Appellant.

*Trespass — action to recover damages for flooding of lands and for injunction.*

*Williamsburgh City Fire Ins. Co.* v. *Central New England Ry., Co.,* 202 App. Div. 813, affirmed.

(Argued March 6, 1923; decided March 23, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 7, 1922, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was to recover damages occasioned by the flooding of the plaintiff's land by water collected on defendant's land and passed through a culvert under its tracks onto the lands of the plaintiff, also for an injunction. The answer was a general denial and as a separate defense the Statute of Limitations.

*Isaac N. Mills, Samuel H. Brown* and *Charles M. Sheafe, Jr.,* for appellant.

*Frank B. Town* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

PEARL J. H. PROVANCHA, Respondent, *v.* PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.

*Insurance (life) — action on policy — defense that policy had not been delivered.*

*Provancha* v. *Prudential Ins. Co. of America,* 202 App. Div. 778, reversed.

(Argued March 7, 1923; decided March 23, 1923.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 12, 1922, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury. The action was